IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KRONOPOL POLSKA SP. Z.O.O.,        *
et al.
           Plaintiffs              *

           vs.                     *    CIVIL ACTION NO. MJG-02-3033

M/V META, her engines, boilers,    *
tackle, appurtenances, etc.,
in rem, et al.                     *

           Defendants              *

*    *    *    *    *    *    *    *    *

ORDER TO SHOW CAUSE
WHY INACTIVE CASE SHOULD NOT BE DISMISSED

It appears that no paper has been filed in this action since September 26, 2002 when the return of service was filed. It appears likely that the parties have resolved the matter. Accordingly:

1. Plaintiff shall, by January 28, 2003, show cause why this action should not be dismissed without prejudice.

2. If this Order is not complied with, this action shall be dismissed without prejudice.

SO ORDERED this 15th day of January, 2003.

Marvin J. Garbis
United States District Judge