

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

January 28, 2003

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax    410-825-0715

www.wcslaw.com

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

**HAND-DELIVERY**

The Honorable Marvin J. Garbis
United States District Judge
United States District Court for
 The District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   Kronopol v. M/V META, etc., et al.
      Civil Action No.: MJG-02-3033

Dear Judge Garbis:

In response to the Court's Order dated January 15, 2003, to show cause why inactive case should not be dismissed, plaintiff's counsel states as follows:

The complaint in this case was filed on September 12, 2002, primarily due to the running of the one year statute of limitations under the U.S. Carriage of Goods by Sea Act. Subsequent to the filing of the complaint, plaintiff's New York counsel has been involved in extensive settlement discussions with defendants in this case.

While the parties have not reached a settlement, they are very close and hope that a settlement can be reached within the next 30 days.

In this regard, we would respectfully request that the Court allow plaintiff's counsel to provide a status report in 30 days or by February 28, 2003. We are hopeful that we will be able to advise the Court at that time that the case has been settled and that a settlement order can be entered.

Thank you for your consideration of this request.

Very truly yours,

James D. Skeen

JDS/kf
cc:   James A. Saville, Jr., Esquire

132806 v. (01383.00037)