

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone    410-825-0750
  Fax      410-825-0715

www.wcslaw.com

February 28, 2003

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

The Honorable Marvin J. Garbis
United States District Judge
United States District Court for
 The District of Maryland
101 West Lombard Street
Baltimore, MD  21201

      Re:    Kronopol v. M/V META, etc., et al.
               Civil Action No.: MJG-02-3033

Dear Judge Garbis:

    I am pleased to advise that the parties have reached a full settlement in the above referenced civil action. In order to allow sufficient time to consummate the settlement, I respectfully request the entry of a standard 60-day settlement order.

    Thank you for your patience and consideration in this matter.

                             Very truly yours,

                             James D. Skeen

JDS/kf

cc:    James A. Saville, Jr., Esquire (via e-mail)
       James S. Campbell (Ref. 31872.04.6000/jsc) (via e-mail)
       Robert P. O'Brien, Esquire (via e-mail)

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

134800 v. (01383.00037)